# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 25, 2008

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 08-1172

| | |
|---|---|
| STEVEN D. DYE, Sr., and PATRICIA L. DYE,<br>    *Plaintiffs-Appellants*,<br><br>      *v.*<br><br>AMERIQUEST MORTGAGE COMPANY and AUSSPRUNG & ASSOCIATES APPRAISALS, LTD.,<br>    *Defendants-Appellees*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 07 C 430<br><br>Rudolph T. Randa,<br>*Chief Judge*. |

**ORDER**

The order of this court released on August 15, 2008, is AMENDED as follows:

Page 2, second full paragraph, and page 3, third full paragraph, replace "inflated appraisal" with "low appraisal".